Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Amy L. Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
wkrincek@littler.com
athompson@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MCKOY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:26-cv-1464-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff THOMAS MCKOY and Defendant AMAZON.COM SERVICES LLC, through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of June 9, 2026, up to and including **June 30, 2026.**

The Parties agree the requested extension is reasonable and necessary because counsel for Defendant has just recently been retained and requires additional time to investigate the allegations and file a proper response.

/ / /

/ / /

/ / /

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

This is the first request for an extension of time to respond to the Complaint.  This request is made in good faith and not for the purpose of delay.

Dated:  May 29, 2026

GREENBERG GROSS, LLP                       LITTLER MENDELSON, P.C.

/s/ Coco Padilla, Esq.                              /s/ Amy L. Thompson, Esq.
Jemma E. Dunn, Esq.                              Wendy M. Krincek, Esq.
Matther T. Hale, Esq.                              Amy L. Thompson, Esq.
Jorge "Coco" Padilla, Esq.

Attorneys for Plaintiff                             Attorneys for Defendant
THOMAS MCKOY                               AMAZON.COM SERVICES LLC

**IT IS SO ORDERED.**

Dated:  ___6-8-26_____

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2