Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Amy L. Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
wkrincek@littler.com
athompson@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MCKOY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:26-cv-1464-RFB-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 26-3, Plaintiff THOMAS MCKOY and Defendant AMAZON.COM SERVICES LLC (“Defendant”), by and through their counsel, stipulate to amend the Stipulated Discovery Plan and Scheduling Order (ECF No. 17) by extending the outstanding deadlines for a period of ninety (90) days.

This is the first request for an extension to the Stipulated Discovery Plan and Scheduling Order in this matter. This request is brought in good faith and not for purposes of undue delay. This request is submitted at least twenty-one (21) days or more before the expiration of the subject deadlines.

**I. DISCOVERY COMPLETED**

The parties have completed the following discovery:

- On July 16, 2026 Plaintiff’s served Requests for Production and Interrogatories.
- On August 28, 2026, the Parties exchanged initial disclosures.

- On August 28, 2026, Defendant served Requests for Production of Documents and Interrogatories on Plaintiff.
- On August 28, 2026, Defendant served Responses Requests for Production of Documents and Interrogatories on Plaintiff.
- Plaintiff's response to Defendant's Requests for Production and Interrogatories are due October 16, 2026, pursuant to agreement of counsel.
- The parties negotiated a stipulated confidentiality order for purpose of discovery which was entered by the Court on October 2, 2026.
- Plaintiff served a 30(b)(6) deposition notice of Defendant, scheduling the deposition for November 10, 2026.

**II. DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties need to complete additional written discovery. Defendant intends to issue third party subpoenas based on information provided by Plaintiff in his pending responses to Defendant's written discovery, which will require time for third party entities to respond and for Defendant to review records produced. Defendant needs Plaintiff's discovery responses and the third-party discovery before it can depose Plaintiff. Defendant will depose Plaintiff and pertinent fact witnesses. Plaintiff also intends to depose pertinent percipient witnesses and has noticed a 30(b)(6) deposition of Defendant. It is Defendant's position that meet and confer efforts are necessary as to Plaintiff's 30(b)(6) deposition topics and Plaintiff has agreed to reschedule the deposition to a mutually agreeable date as November 10, 2026 does not work for defense counsel.

**II. REASON FOR EXTENSION**

This extension is necessary to allow all parties sufficient time to obtain the remaining outstanding documents, complete discovery responses, engage in meet and confer efforts, and conduct depositions as indicated above. The parties have been diligent in communicating with each other in order to schedule depositions, complete written discovery, and engage in meaningful meet and confer efforts. The parties further note this matter is scheduled for an Early Neutral Evaluation on November 12, 2026. The parties desire to focus their efforts on preparing for and participating in good faith in the Early Neutral Evaluation and will need sufficient time thereafter

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

to complete depositions. The parties believe that, absent unforeseen circumstances, all remaining discovery can be completed within the requested extended discovery period. Good cause therefore exists to extend the applicable discovery deadlines.

## IV. PROPOSED DISCOVERY SCHEDULE

Based on the above, the parties stipulate, subject to approval of this Court to the following new proposed deadlines:

| | Current Deadline | **Revised Deadline** |
|---|---|---|
| Close of Discovery | December 28, 2026 | **March 29, 2027**[1] |
| Expert Disclosures | October 29, 2026 | **January 28, 2027** |
| Rebuttal Expert Disclosures | November 30, 2026 | **March 1, 2027**[2] |
| Dispositive Motions | January 27, 2027 | **April 28, 2027** |
| Joint Pretrial Order | February 26, 2027 | **May 28, 2027** |

This instant request is made in good faith and not for the purpose of delay.

Dated: October 8, 2026

GREENBERG GROSS LLP

*/s/ Coco Padilla, Esq.*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Jorge "Coco" Padilla, Esq.

Attorneys for Plaintiff
THOMAS MCKOY

LITTLER MENDELSON, P.C.

*/s/ Amy L. Thompson, Esq.*
Wendy M. Krincek, Esq.
Amy L. Thompson, Esq.

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**IT IS SO ORDERED.**

Dated: 10-15-26

UNITED STATES MAGISTRATE JUDGE

[1] 90 days from December28, 2026, falls on March 28, 2027, which is a Sunday.
[2] 30 days after January 28, 2027, falls on February 27, 2027, which is a Sunday.

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800